IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHARLES P. ODOM                                                                                    PLAINTIFF

v.                              No. 6:15-CV-06068

CORPORAL ANDREW GOODMAN,
Deputy, Garland County Detention Center                                              DEFENDANT

## ORDER

Currently before the Court is the parties' joint motion to dismiss with prejudice (Doc. 76).

It appearing that the parties are in agreement, it is ORDERED that the joint motion is GRANTED, and the complaint in this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 13th day of September, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE